**[NOT YET SCHEDULED FOR ORAL ARGUMENT]**

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| ROBERT F. KENNEDY CENTER FOR JUSTICE AND HUMAN RIGHTS, et al.,<br><br>Plaintiffs-Appellees,<br>v.<br><br>LINDA MCMAHON, in her official capacity, et al.,<br><br>Defendants-Appellants. | No. 26-5308 |

**NONBINDING STATEMENT OF ISSUE**
**TO BE RAISED ON APPEAL**

Defendants-appellants anticipate raising the following issue:

Whether the district court erred in vacating a final rule promulgated by the Department of Education that "add[s] or clarif[ies] provisions to exclude" from eligibility for public service loan forgiveness under 20 U.S.C. § 1087e(m) any "employers that engage in specific enumerated illegal activities such that they have a substantial illegal purpose." *William D. Ford Federal Direct Loan (Direct Loan) Program*, 90 Fed. Reg. 48,966, 48,966 (Oct. 31, 2025).

Respectfully submitted,


THOMAS PULHAM

*/s/ Simon Gregory Jerome*
SIMON GREGORY JEROME
*Attorneys, Appellate Staff*
*Civil Division, Room 7209*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
(202) 514-1673


Dated: September 28, 2026