**No. 26-5308**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

ROBERT F. KENNEDY CENTER FOR JUSTICE AND HUMAN RIGHTS, *et al.*
*Plaintiffs-Appellees*,

v.

LINDA MCMAHON, in her official capacity, *et al.*,
*Defendants-Appellants*.

## JOINT STIPULATION TO DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties hereby stipulate to the dismissal of this appeal, with each side to bear its own fees and costs on appeal.

Respectfully submitted,

/s/ Cormac A. Early
Cormac A. Early
Adam R. Pulver
Adina H. Rosenbaum
Public Citizen Litigation Group
1600 20th Street NW
Washington, DC 20009
(202) 588-1000
cearly@citizen.org

Daniel A. Zibel
National Student Legal
Defense Network
1701 Rhode Island Ave. NW
Washington, DC 20036
(202) 734-7495

*Counsel for Plaintiffs-Appellees*

THOMAS PULHAM

*/s/ Simon G. Jerome*
SIMON G. JEROME
*Attorneys, Appellate Staff*
*Civil Division, Room 7209*
*U.S. Department of Justice*
*950 Pennsylvania Ave., N.W.*
*Washington, D.C. 20530*
*202-514-1673*

*Counsel for Defendants-Appellants*

OCTOBER 2026

**CERTIFICATE OF SERVICE**

I hereby certify that, on October 21, 2026, I electronically filed the foregoing notice with the Clerk of the Court by using the appellate CM/ECF system. I further certify that the participants in the case are CM/ECF users and that service will be accomplished by using the appellate CM/ECF system.

*/s/ Simon G. Jerome*
SIMON G. JEROME